```
UNITED STATES BANKRUPTCY COURT          Hearing Date: 12/7/11
SOUTHERN DISTRICT OF NEW YORK           Hearing Time: 9:45 a.m.
------------------------------------X
In re                               :   Case No. 11-14079 (REG)

4331 RICHARDSON REALTY CORP.,       :   Chapter 11

                    Debtor.         :   NOTICE OF MOTION

------------------------------------X
```

      PLEASE TAKE NOTICE that upon the annexed motion, Tracy Hope Davis, the United States Trustee for Region 2 (the "United States Trustee"), will move this Court before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in the United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, on December 7, 2011, 9:45 a.m., or as soon thereafter as counsel can be heard, for an order (a) dismissing this Chapter 11 case with prejudice, (b) enjoining the debtor from filing further cases under the Bankruptcy Code for a period of one year, and (c) for such other and further relief as this Court may deem just and proper.  The original motion is on file with the Clerk of the Bankruptcy Court.

      PLEASE TAKE FURTHER NOTICE that any responsive papers should be filed with the Court and personally served on the United States Trustee, at 33 Whitehall Street, 21st Floor, New York, New York 10004-2112, to the attention of Serene K. Nakano, Esq., no later than three (3) days prior to the return date set forth above.  Such papers shall conform to the Federal Rules of

Civil Procedure and identify the party on whose behalf the papers are submitted, the nature of the response, and the basis for such response.

Dated: New York, New York
November 7, 2011

    TRACY HOPE DAVIS
    UNITED STATES TRUSTEE

By:   */s/ Serene K. Nakano*
    SERENE K. NAKANO
    Trial Attorney
    33 Whitehall Street
    21st Floor
    New York, New York 10004-2112
    Tel. No. (212) 510-0505
    Fax. No. (212) 668-2255